101 A.3d 1079

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TIMOTHY CONOVER–BRANCH, DEFENDANT–
PETITIONER.

October 9, 2014.

ORDERED that the petition for certification is granted in part, and the matter is summarily remanded to the sentencing court for reconsideration of the amount of restitution and an explanation of the basis for any restitution that is ordered. Jurisdiction is not retained.